ORIGINAL



FILED

12/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0691

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0691

BOBBY FRANCIS LOWRY, V,

    Petitioner,

v.

BRIAN M. GOOTKIN, JAMES SALMONSEN,
ANDRES HALADAY, GAYLE BUTLER, and
MARISA BRITTON-BOSTWICK,[1]

    Respondents.

ORDER

FILED

DEC 11 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Representing himself, Montana State Prison inmate Bobby Francis Lowry V has filed a pleading, titled "Motion to Brief Potential Standing Order," regarding his interest in expanding the Prison's electronic filing project. Lowry moves this Court "to [b]rief the possibility of this Court [issuing] a Standing Order implementing [an] E-filing Project . . . at the Montana State Prison . . . ." He includes a copy of a standing order from the U.S. District Court, District of Montana, Missoula Division, filed on October 5, 2020. Lowry points out that the "project has reduced cost for inmates, and streamlined the legal process."

The Clerk of the Supreme Court deemed Lowry's pleading a petition for a writ of mandamus, which requires the petitioner to show entitlement to the performance of a clear legal duty and the absence of a plain, speedy, and adequate remedy at law. M. R. App. P. 14(2); § 27-26-102, MCA; *Smith v. Missoula Co.*, 1999 MT 330, ¶ 28, 297 Mont. 368, 992 P.2d 834. Lowry's motion, however, does not seek to compel any party to take action but essentially requests the Court to open a proceeding to "examine the possibility" of implementing a project similar to that used in federal court.

---

[1] Pursuant to M. R. App. P. 25(3), this Order substitutes the current Director of the Department of Corrections and current Chief Legal Counsel as named Respondents.

This Court's Temporary Electronic Filing Rules date back to 2014. *In Re Temporary Electronic Filing Rules*, No. AF 14-0745. The rules restrict users of the filing system to licensed Montana attorneys and designated staff; attorneys appearing *pro hac vice*; court employees; and other individuals as appointed or ordered by the Court. Temp. Electronic Filing Rules (1)(j) and (3)(a). For myriad reasons, the rules have not been expanded to allow self-represented litigants to file electronically.

Lowry's motion does not meet the criteria required for the exercise of this Court's jurisdiction through any sort of writ of extraordinary relief. M. R. App. P. 14(2). Although the Court may entertain petitions for changes to its rules, the Judicial Branch is not positioned at this time to implement electronic filings by self-represented litigants. Through the Clerk's Office, this Court's issuance of an Appellate Handbook, and the efforts of the State Law Library and Court Administration Office, the Branch has worked to make the court system more accessible to people handling their own legal matters, and it will continue to do so.[2]

IT IS THEREFORE ORDERED that Lowry's Motion to Brief Potential Standing Order is DISMISSED with prejudice.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to counsel of record and to Bobby Francis Lowry V personally.

DATED this __11__ day of December, 2024.

_____
Chief Justice

_____

_____

---

[2] Lowry, for example, has appeared before this Court on his own behalf numerous times.

2

_____

_____
Justices